Susquehanna Steamship Company, Respondent, v. A. O. Andersen & Company, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Rosa Truglio, Respondent, v. Zurich General Accident and Liability Insurance Company, Ltd., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.　·

Beaukin Realty Corporation, Respondent, v. Lena Mayer, Appellant.— Order dismissing counterclaims and striking out separate defenses reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think the defenses and counterclaims in question sufficiently allege fraud on the part of plaintiff, inducing the sale, and that they should not, therefore, have been stricken out. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

Bronxville Building Supply Company, Inc., Appellant, v. Adolph M. Weiss and Others, Defendants. Thomas Longstaff, Respondent.— Judgment in so far as appealed from unanimously affirmed, with costs to respondent. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

Anna Foss, Respondent, v. Yellow Taxi Corporation, Appellant.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

Louisa Ippolito, as Guardian ad Litem of Angelina Ippolito, an Infant, Appellant, v. Benjamin Gerber, Respondent.— Order denying plaintiff's motion to set aside verdict, and for a new trial, reversed upon the law and the facts, and new trial granted, costs to abide the event, upon the ground that the damages awarded were inadequate.* Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of Elliott L. Brown, as Executor, etc., of J. Romaine Brown, Deceased. Elliott L. Brown, Executor, Appellant; David S. Murden, Special Guardian, Respondent.— Order of the Surrogate's Court of Westchester county, denying motion to strike out and dismiss four objections to the executor's account, modified by striking out and dismissing the fourth objection, upon the ground that the surrogate is without power to make a decree affecting the title to that specific property of which a deed was made but not recorded until after the testator's death. As so modified, the order is affirmed, without costs. In affirming the order as modified, we are constrained to do so because upon this record it does not appear, as to the three objections into which inquiry will be made, that title to the real property is involved. Young, Kapper, Lazansky and Hagarty, JJ., concur; Kelly, P. J., dissents and votes to affirm without modification.